

**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES WESLEY BUMPAS | ) | |
| | ) | |
| Plaintiff | ) | No. 3:11-0517 |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | DISTRICT JUDGE |
| INSURANCE COMPANIES | ) | ALETA TRAUGER |
| | ) | |
| Defendant | ) | |

## MOTION FOR PERMISSION TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

Now comes ELIZABETH J. BONDURANT, lead counsel for defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and respectfully requests that the Court permit her to participate in the Initial Case Management Conference by telephone on September 8, 2011 at 2:00 pm. The parties have agreed to a progression plan in the case, and opposing counsel has no objection to Ms. Bondurant's request. Further, Ms. Bondurant will contact the court at the appointed time to avoid any unnecessary inconvenience.

**WHEREFORE**, it is hereby requested that Ms. Bondurant's motion to attend the Initial Case Management Conference by telephone be granted.

This 1st day of September, 2011.

[*signatures on following page*]